UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL D. ROSCO and BONNIE R. ROSCO,<br><br>                Plaintiffs,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES; AMERICREDIT; CAPITAL ONE AUTO FINANCE; CONSUMER PORTFOLIO SERVICES; COSTCO WAREHOUSE; EXETER FINANCIAL; EXPERIAN INFORMATION SOLUTIONS; FIRST BANK MORTGAGE; FLAGSHIP CREDIT; GLOBAL LENDING SERVICES, INC.; GROSSINGER KIA; LAFONTAINE TOYOTA; REGIONAL ACCEPTANCE; ADVANTAGE GROUP; TIDEWATER CREDIT; and TRANSUNION LLS,<br><br>                Defendants. | NO:  2:15-CV-325-RMP<br><br>ORDER APPROVING STIPULATION FOR ORDER OF DISMISSAL AND DENYING THE MOTION FOR THE SAME AS MOOT |

BEFORE THE COURT is the Stipulation for Order of Dismissal filed by Plaintiffs and Defendant Exeter Financial, Inc., ECF No. 110, and Defendant

ORDER APPROVING STIPULATION FOR ORDER OF DISMISSAL AND DENYING THE MOTION FOR THE SAME AS MOOT ~ 1

Exeter Financial Inc.'s Motion requesting the same, ECF No. 111. Plaintiffs and Defendant Exeter Financial, Inc. agree that Exeter Financial Inc. may be dismissed as a defendant with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal, **ECF No. 110**, is **APPROVED**.

2. Defendant Exeter Financial Inc.'s Motion to Dismiss Exeter Financial Inc. With Prejudice, **ECF No. 111**, is **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to Plaintiffs and counsel, and **terminate Exeter Financial Inc.** as a defendant in this case **with prejudice**.

**DATED** this 4th day of February 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge