UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL D. ROSCO and BONNIE R. ROSCO,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES; AMERICREDIT; CAPITAL ONE AUTO FINANCE; CONSUMER PORTFOLIO SERVICES; COSTCO WAREHOUSE; EXETER FINANCIAL; EXPERIAN INFORMATION SOLUTIONS; FIRST BANK MORTGAGE; FLAGSHIP CREDIT; GLOBAL LENDING SERVICES, INC.; GROSSINGER KIA; LAFONTAINE TOYOTA; REGIONAL ACCEPTANCE; ADVANTAGE GROUP; TIDEWATER CREDIT; and TRANSUNION LLS,<br><br>　　　　　　　Defendants. | NO:  2:15-CV-325-RMP<br><br>ORDER GRANTING DEFENDANT LAFONTAINE TOYOTA'S MOTION TO STRIKE 12(b)(6) MOTION |

BEFORE THE COURT is Defendant Lafontaine Toyota's Motion to Strike a 12(b)(6) Motion, ECF No. 105.  Plaintiffs have already responded to the motion

ORDER GRANTING DEFENDANT LAFONTAINE TOYOTA'S MOTION TO STRIKE HER OWN 12(b)(6) MOTION ~ 1

1  Defendant Toyota seeks to strike, ECF No. 102.  *See* ECF No. 103. Considering

2  that Defendant Toyota is requesting that the Court not consider her prior Motion

3  that Plaintiffs opposed, the Court finds good cause to grant the Motion to Strike.

4       Accordingly, **IT IS HEREBY ORDERED**:

5       1. Defendant Lafontaine Toyota's Motion to Strike the 12(b)(6) Motion,

6  **ECF No. 105**, is **GRANTED**.

7       2. Defendant Lafontaine Toyota's Motion to Dismiss for Failure to State a

8  Claim, **ECF No. 102**, is hereby **STRICKEN.**

9       The District Court Clerk is directed to enter this Order, to terminate ECF No.

10  102, and provide copies of this Order to pro se plaintiffs and counsel.

11       **DATED** this 2nd day of March 2016.

                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                          United States District Judge