1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                           EASTERN DISTRICT OF WASHINGTON

7    RUSSELL D. ROSCO and BONNIE
     R. ROSCO,                                    NO:  2:15-CV-325-RMP
8
                              Plaintiffs,         ORDER GRANTING PLAINTIFFS'
9          v.                                     MOTION FOR PARTIAL DISMISSAL
                                                  OF CLAIMS AGAINST CREDIT
10   EQUIFAX INFORMATION                          BUREAUS
     SERVICES; AMERICREDIT;
11   GLOBAL LENDING AUTO
     FINANCE; CONSUMER
12   PORTFOLIO SERVICES; COSTCO
     WAREHOUSE; EXETER
13   FINANCIAL; EXPERIAN
     INFORMATION SOLUTIONS;
14   FIRST BANK MORTGAGE;
     FLAGSHIP CREDIT; GLOBAL
15   LENDING SERVICES, INC.;
     GROSSINGER KIA; LAFONTAINE
16   TOYOTA; REGIONAL
     ACCEPTANCE; ADVANTAGE
17   GROUP; TIDEWATER CREDIT; and
     TRANSUNION LLS,
18
                              Defendants.
19

20

21

ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF
CLAIMS AGAINST CREDIT BUREAUS ~ 1

BEFORE THE COURT is Plaintiff's Motion for Partial Dismissal of Claims Against Credit Bureaus, ECF No. 89.  The Court has reviewed the motion, the record, and is fully informed.

Plaintiffs' motion seeks to dismiss only some of the claims they allege against three Defendants: Equifax Information Services, Experian Information Solutions, and TransUnion LLS.  *See* ECF No. 89.  The Court understands the motion to be referring to their First Amended Complaint, as the numbered paragraphs enumerated in the motion correspond to those listed under those numbers in the First Amended Complaint.[1]  Although the motion does not seek to dismiss these three Defendants entirely, Plaintiffs attempt to clarify by stating that

> Plaintiff's [sic] did not intend nor do they desire to pursue any liability action against the named credit bureaus in claims 25, 31, 51, 53, 55, 57, 59, and 61 as they were too far removed from the transactions alleged by the Plaintiffs' [sic] that they had not chosen a vehicle and therefore there was nothing to finance or they were only the recipients of the false information.  These claims and only these claims against the credit bureaus should be dismissed with prejudice.  These claims as stated against the other named defendants in the claims are not to be dismissed.

ECF No. 89 at 2.  The Court is unable to determine how these three Defendants are unlike the other Defendants in this case, or why they should be kept in this matter

---

[1] The Court notes that Plaintiffs' reproduction of the specified claims contain minor grammatical differences from those same claims in the First Amended Complaint.  Nonetheless, they allege the same substantive content.

ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST CREDIT BUREAUS ~ 2

at all if they are "too far removed from the transactions alleged by Plaintiffs." *Id*. However, Plaintiffs are requesting that these claims be dismissed with prejudice, so the Court finds good cause to grant this voluntary dismissal of the specified portions of these claims.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.  Plaintiffs' Motion for Partial Dismissal of Claims Against Credit Bureaus, **ECF No. 89**, is **GRANTED**.

2.  The claims brought against Defendants Equifax Information Services, Experian Information Solutions, and TransUnion LLS in paragraphs 25, 31, 51, 53, 55, 57, 59, and 61 of the First Amended Complaint are **DISMISSED WITH PREJUDICE**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and pro se parties.

**DATED** this 23rd day of May 2016.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST CREDIT BUREAUS ~ 3