UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL D. ROSCO and BONNIE R. ROSCO,<br><br>                    Plaintiffs,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES; AMERICREDIT; CAPITAL ONE AUTO FINANCE; CONSUMER PORTFOLIO SERVICES; COSTCO WAREHOUSE; EXETER FINANCIAL; EXPERIAN INFORMATION SOLUTIONS; FIRST BANK MORTGAGE; FLAGSHIP CREDIT; GLOBAL LENDING SERVICES, INC.; GROSSINGER KIA; LAFONTAINE TOYOTA; REGIONAL ACCEPTANCE; ADVANTAGE GROUP; TIDEWATER CREDIT; and TRANSUNION LLS,<br><br>                    Defendants. | NO: 2:15-CV-325-RMP<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO DISMISS GROSSINGER KIA WITH PREJUDICE |

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO DISMISS GROSSINGER KIA WITH PREJUDICE ~ 1


BEFORE THE COURT is Plaintiffs' Motion to Dismiss Grossinger KIA With Prejudice, ECF No. 148. The Court has reviewed the motion, the record, and is fully informed.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion to Dismiss Grossinger KIA With Prejudice, **ECF No. 148**, is **GRANTED IN PART and DENIED IN PART**.

2. Grossinger KIA is **DISMISSED as a defendant WITH PREJUDICE**.

The District Court Clerk is directed to enter this Order, provide copies to counsel and pro se Plaintiffs, and **terminate Grossinger KIA** as a defendant in this case **with prejudice**.

**DATED** this 23rd day of June 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge