# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUSSELL D. ROSCO and BONNIE ROSCO,

*Plaintiffs*

v.

EQUIFAX INFORMATION SERVICES, et al.,

*Defendants*

Civil Action No.  2:15-CV-325-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant LaFontaine Toyota's Motion for Summary Judgment (ECF No. 117) is Granted.  Defendant Tidewater Credit Company's Motion for Summary Judgment (ECF No. 120) is Granted.  Judgment is entered in favor of Defendants LaFontaine Toyota and Tidewater Credit Company.  Defendants LaFontaine Toyota and Tidewater Credit Company are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna M. Peterson  on motions for Summary Judgment (ECF Nos. 117 and 120).

Date:  July 6, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb