# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUSSELL D. ROSCO and BONNIE R. ROSCO,

*Plaintiffs*

v.

EQUIFAX INFORMATION SERVICES, et al.,

*Defendants*

Civil Action No. 2:15-CV-325-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Capital One Auto Finance's Motion to Dismiss, ECF No. 54, is GRANTED; Defendant Global Lending Services LLC's Motion to Dismiss, ECF No. 23, is GRANTED; Flagship Credit Acceptance LLC's Motion to Dismiss, ECF No. 74, is GRANTED; Defendant Consumer Portfolio Services' Motion to Dismiss, ECF No. 80, is GRANTED. Judgment is entered in favor of these Defendants. Defendants Capital One Auto Finance, Global Lending Services, LLC, Flagship Credit Acceptance, LLC, and Consumer Portfolio Services are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Rosanna M. Peterson    on Motions to Dismiss for Failure to State a Claim (ECF Nos. 54, 23, 74, and 80).

Date: July 6, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb