1

2

3

4

5               UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF WASHINGTON

7  RUSSELL D. ROSCO and BONNIE
   R. ROSCO,                              NO:  2:15-CV-325-RMP

8
                        Plaintiffs,       ORDER GRANTING IN PART AND
9        v.                               DENYING IN PART PLAINTIFFS'
                                          MOTION TO DISMISS
10 EQUIFAX INFORMATION                    AMERICREDIT, COSTCO
   SERVICES; AMERICREDIT;                 WAREHOUSE/COSTCO AUTO
11 COSTCO WAREHOUSE;                      PROGRAM, FLAGSHIP CREDIT,
   EXPERIAN INFORMATION                   AND REGIONAL ACCEPTANCE
12 SOLUTIONS; FIRST BANK                  WITH PREJUDICE
   MORTGAGE; REGIONAL
13 ACCEPTANCE; ADVANTAGE
   GROUP; and TRANSUNION LLS,

14
                        Defendants.
15

16       BEFORE THE COURT is Plaintiffs' Motion to Dismiss Americredit,

17 Costco Warehouse/Costco Auto Program, Flagship Credit, and Regional

18 Acceptance with Prejudice, ECF No. 173.  The Court has reviewed the motion, the

19 record, and is fully informed.

20

21 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS'
   MOTION TO DISMISS AMERICREDIT, COSTCO WAREHOUSE/COSTCO
   AUTO PROGRAM, FLAGSHIP CREDIT, AND REGIONAL ACCEPTANCE
   WITH PREJUDICE ~ 1

1    Flagship Credit Acceptance, LLC, referred to by Plaintiffs as "Flagship

2  Credit," has already been dismissed from this case. *See* ECF No. 145. Therefore,

3  the Court will deny this portion of the motion as moot.

4    Regarding the other enumerated Defendants, considering the fact that

5  Plaintiffs are seeking dismissals with prejudice, the Court will grant their request.

6    Accordingly, **IT IS HEREBY ORDERED THAT**:

7    1. Plaintiffs' Motion to Dismiss Americredit, Costco Warehouse/Costco

8  Auto Program, Flagship Credit, and Regional Acceptance with Prejudice, **ECF No.**

9  **173**, is **GRANTED IN PART and DENIED IN PART**.

10    2. Americredit, Costco Warehouse/Costco Auto Program, and Regional

11  Acceptance are **DISMISSED as defendants WITH PREJUDICE**.

12    The District Court Clerk is directed to enter this Order, to **terminate**

13  **Americredit, Costco Warehouse/Costco Auto Program, and Regional**

14  **Acceptance as defendants in this case with prejudice**, and to provide copies of

15  this Order to counsel and to pro se Plaintiffs.

16    **DATED** this 7th day of July 2016.

17

18    _s/ Rosanna Malouf Peterson_
        ROSANNA MALOUF PETERSON
        United States District Judge

19

20

21  ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS'
    MOTION TO DISMISS AMERICREDIT, COSTCO WAREHOUSE/COSTCO
    AUTO PROGRAM, FLAGSHIP CREDIT, AND REGIONAL ACCEPTANCE
    WITH PREJUDICE ~ 2