UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL D. ROSCO and BONNIE R. ROSCO, | NO: 2:15-CV-325-RMP |
| Plaintiffs, | ORDER DENYING MOTION FOR RECONSIDERATION OF COURT DECISION TO ENFORCE SETTLEMENT |
| v. | |
| EQUIFAX INFORMATION SERVICES; EXPERIAN INFORMATION SOLUTIONS; FIRST BANK MORTGAGE; and ADVANTAGE GROUP, | |
| Defendants. | |

BEFORE THE COURT is Plaintiffs' Motion for Reconsideration of Court Decision to Enforce Settlement, ECF No. 187. The Court has reviewed the motion, the record, and is fully informed.

ANALYSIS

Plaintiffs request that the Court "reverse its decision to enforce settlement," pursuant to FED. R. CIV. P. 60(b). *See* ECF No. 187. Rule 60(b) permits "reconsideration only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) 'extraordinary circumstances' which would justify relief." *Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir. 1991)

ORDER DENYING MOTION FOR RECONSIDERATION OF COURT DECISION TO ENFORCE SETTLEMENT ~ 1

(citing FED. R. CIV. P. 60(b) and *Backlund v. Barnhart,* 778 F.2d 1386, 1388 (9th Cir. 1985)).

Plaintiffs' pleadings are difficult to comprehend and fail to clearly articulate any proper basis for reconsideration. Their repetitive statements attempt to re-litigate issues that already have been ruled upon, and do not support any viable course of action. Given the nature of Plaintiffs' voluminous pleadings in this matter, the Court urges Plaintiffs to seek legal counsel for any future action in court, as they continue to demonstrate their misunderstanding of various legal principles that they attempt to invoke.

Having reviewed all of the pleadings, the Court concludes that Plaintiffs have failed to support that there was any mistake, inadvertence, surprise, or excusable neglect, relevant new evidence, or any other reason to justify reconsideration.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of Court Decision to Enforce Settlement, **ECF No. 187**, is **DENIED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to pro se Plaintiffs.

**DATED** February 13, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION OF COURT DECISION TO ENFORCE SETTLEMENT ~ 2