AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Russell D Rosco and Bonnie R Rosco

*Plaintiff*

v.

Equifax Information Services; Experian Information Solutions; First Bank Mortgage; and Advantage Group

*Defendant*

Civil Action No. 2:15-cv-00325-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Trans Union, LLC's Motion for Attorneys' Fees and Costs, ECF No. 188, GRANTED IN PART. Judgment in favor of Trans Union, LLC against Russell D. Rosco and Bonnie R. Rosco, jointly and severally, in the amount of $6,862.40.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Trans Union, LLC's motion for Attorneys' Fees and Costs, ECF No. 188, GRANTED IN PART.

Date: 5/2/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler