# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUSSELL D. ROSCO and BONNIE R. ROSCO,

*Plaintiff*

v.

ADVANTAGE GROUP,

*Defendant*

Civil Action No. 2:15-CV-325-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Default Judgment (ECF No. 296) and supplement to that motion (ECF No. 298) are GRANTED. Judgment is entered in favor of Plaintiffs against Advantage Group in the amount of $9,000, plus interest, as calculated by 28 U.S.C. § 1961.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Motion for Default Judgment (ECF No. 296) and a supplement to that motion (ECF No. 298).

Date: February 20, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb